# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **THE GUARANTEE COMPANY OF NORTH AMERICA, USA,** | )<br>)<br>) |
| Plaintiff/Counter-Defendant, | )<br>) |
| vs. | )  **CIVIL ACTION NO. 12-0022-KD-B**<br>) |
| **ESCAMBIA COUNTY BOARD OF EDUCATION,** | )<br>)<br>) |
| Defendant/Counterclaimant/<br>Third Party Plaintiff, | )<br>)<br>) |
| **ALABAMA PUBLIC SCHOOL AND COLLEGE AUTHORITY,** | )<br>)<br>) |
| Defendant, | )<br>) |
| **HENRY CONSTRUCTION GROUP, INC.,** | )<br>) |
| Third Party Defendant. | ) |

## ORDER

This action is before the Court on notice that the parties have settled but additional time is necessary to finalize the settlement documents. Accordingly, it is **ORDERED** that <u>all</u> claims and causes of action in the above-styled action are **DISMISSED with prejudice** from the active docket of this Court, **subject to the right of any party to reinstate the action within sixty (60) days of the date of this Order should the settlement not be completed.**

No other order shall be forthcoming from the Court except upon application for final judgment as prescribed by Fed. R. Civ. P. 58.

Each party shall bear their own costs unless otherwise agreed.

**DONE** and **ORDERED** this 21st day of June, 2012.

      s / Kristi K DuBose
      **KRISTI K. DuBOSE**
      **UNITED STATES DISTRICT JUDGE**